IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOHN HEYEN,<br><br>            Plaintiff,<br><br>vs.<br><br>BRIDGER PIPELINE, LLC; TRUE OIL, LLC; DOES 1-5,<br><br>            Defendants. | CV 17-107-BLG-SPW-TJC<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE DEADLINE TO AMEND PLEADINGS/ JOINDER OF PARTIES** |

The parties have filed a Stipulated Motion to Continue the Deadline to Amend Pleadings/Joinder of Parties. (Doc. 17.) Good cause appearing,

IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED.

The deadline to amend pleadings/joinder of parties is continued from January 25, 2018 to March 26, 2018. All other deadlines as set forth in the Court's October 12, 2017 Scheduling Order (Doc. 16) shall remain the same.

DATED this 22nd day of January, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge