IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOHN HEYEN,<br><br>          Plaintiff,<br><br>vs.<br><br>BRIDGER PIPELINE, LLC; TRUE OIL, LLC; DOES 1-5,<br><br>          Defendants. | CV 17-107-BLG-SPW-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. 19), and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 24th day of September, 2018.

                                            TIMOTHY J. CAVAN
                                            United States Magistrate Judge